# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SCOTT MCLEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-CV-1398 |
| ) | |
| CITY OF ALEXANDRIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **CITY OF ALEXANDRIA'S RENEWED MOTION TO DISMISS**

The City of Alexandria ("City") hereby moves the court to dismiss the claims of the plaintiff Scott McLean as set forth in his "Verified Complaint" pursuant to Federal Rule of Civil Procedure 12(b)(1) because there is no longer a justiciable case or controversy for the court to decide. The facts and authority in support of that motion are set forth in the accompanying Memorandum in Support.

Respectfully Submitted,

                                              CITY OF ALEXANDRIA, a municipal
                                              corporation of Virginia
                                              By Counsel
                                              /s/
                                              Christopher P. Spera, Esq., VSB No. 27904
                                              Travis S. MacRae, VSB No. 78771
                                              Counsel for the Defendant
                                              City of Alexandria
                                              Office of the City Attorney
                                              301 King Street, Suite 1300
                                              Alexandria, Virginia 22314
                                              (O)(703) 746-3750
                                              (F)(703) 838-4810
                                              Christopher.Spera@AlexandriaVa.Gov
                                              Travis.MacRae@AlexandriaVa.Gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jason Torchinsky (Va. Bar No. 47481)
>Shawn Sheehy (Va. Bar No. 82630)
>Holtzman Vogel Josefiak PLLC
>45 North Hill Drive, Suite 100
>Warrenton, VA 20186
>Telephone: (540) 341-8808
>Facsimile: (540) 341-8809
>Email: jtorchinsky@hvjlaw.com
>       ssheehy@hvjlaw.com

I HEREBY CERTIFY that on this 17th day of March, 2015, I mailed a copy of this Motion to Dismiss, first class mail, to:

>Christina Martin
>Pacific Legal Foundation
>8645 N. Military Trail, Suite 511
>Palm Beach Gardens, FL 33410

>/s/
>Christopher P. Spera, Esq., VSB No. 27904
>Travis S. MacRae, Esq., VSB No. 78771
>Co-Counsel for the Defendant City of Alexandria
>Office of the City Attorney
>301 King Street, Suite 1300
>Alexandria, Virginia  22314
>(O)(703) 746-3750
>(F)(703) 838-4810
>Christopher.Spera@AlexandriaVa.Gov
>Travis.MacRae@AlexandriaVa.Gov