IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SCOTT MCLEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   1:14cv1398 (JCC/IDD) |
| | ) |
| CITY OF ALEXANDRIA, | ) |
| | ) |
|     Defendant. | ) |

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant City of Alexandria's Renewed Motion to Dismiss [Dkt. 37] is GRANTED IN PART;

(2) Plaintiff Scott McLean's request for injunctive relief and his facial challenge to the Ordinance are DISMISSED AS MOOT;

(3) Plaintiff Scott McLean's Motion for Summary Judgment [Dkt. 47] is GRANTED;

(4) The Clerk of Court shall: (a) enter judgment in favor of Plaintiff Scott McLean against Defendant City of Alexandria in the amount of $1.00; (b) forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record; and (c) strike this case from the roll of active cases and place it among the finished causes.

This Order is FINAL.  It is so ORDERED.

```
                                            /s/
May 5, 2015                          James C. Cacheris
Alexandria, Virginia         UNITED STATES DISTRICT COURT JUDGE
```